Bond Lumber Company *et al.*, Appellants, vs. George H. Fernald *et al.*, Appellees.

Appeal from Circuit Court, Orange county; John D. Broome, Judge.

*J. Edward Allen, H. Jewell and Stewart & Bly,* for Appellants.

*A. M. Thrasher and Chas. Partridge,* for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. Decree affirmed.

Decision Per Curiam.